ROBERT LEGNARD ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF BETHEL ET AL.

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Danbury is denied by the court.

*Francis J. Collins,* in support of the petition.

*Stephen C. Gallagher,* for the named defendant, and *Daniel D. McDonald,* for the defendant Steiner, Inc., in opposition.

Decided June 18, 1980

CITY OF HARTFORD ET AL. *v.* ARTHUR POWERS,
COMMISSIONER OF TRANSPORTATION

The defendant's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is granted by the court.

*William A. McQueeney, Arnold K. Shimelman* and *Susan T. Pearlman,* assistant attorneys general, in support of the petition.

*Dennis L. Pieragostini,* assistant corporation counsel, and *James F. Meehan,* special assistant corporation counsel, for the named plaintiff, and *Raymond R. Norko, Judy Solomon* and *Peter Munsing,* for the intervening plaintiffs, in opposition.

Decided June 18, 1980

STATE OF CONNECTICUT *v.* JANET HOLDERMAN

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Janet Holderman,* pro se, in support of the petition.

Decided June 18, 1980